IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WIHLY HARPO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-087 |
| | ) | |
| INTERMARK MANAGEMENT | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

There being a conflict of interest, I hereby recuse myself from this case pursuant to 28 U.S.C. § 455.  The Clerk of Court is **DIRECTED** to forward a copy of this Order to the assigned District Judge for reassignment.

SO ORDERED this 7th day of June, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA