IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WIHLY HARPO, | |
| Plaintiff, | CIVIL ACTION NO.: 1:21-cv-87 |
| v. | |
| INTERMARK MANAGEMENT COMPANY, et al., | |
| Defendants. | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 13. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's Emergency Motion for Relief per Immediate Housing Accommodations and Emergency Motion for Relief from Unconstitutional State Injunction. Docs. 6, 9.

**SO ORDERED**, this _17th_ day of August, 2021.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA