IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| WIHLY HARPO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERMARK MANAGEMENT<br>CORPORATION, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 1:21-cv-87 |

**O R D E R**

　　This matter is before the Court on Plaintiff's Motion for Disqualification of and Rule 11 Sanction Against Opposing Alleged Counsel of Record, doc. 180, and Plaintiff's Motion for Judicial Notice, doc. 189.  The Court recently warned Plaintiff not to file any more motions asserting Defendants' counsel is somehow insufficient or unauthorized.  Doc. 159 at 2, 10.  However, in both of Plaintiffs' Motions, he relies on arguments Defendants' counsel is unauthorized to practice law in this Court.  Doc. 180 at 5–6; Doc. 189 at 2–5.  Plaintiff also makes patently false statements asserting Defendants' counsel, Sean L. Hynes, is not admitted to this Court's bar.  Doc. 180 at 5; Doc. 189 at 2.  Plaintiff's Motions were filed without leave of Court, in violation of this Court's Order.  Accordingly, the Court **DENIES** Plaintiff's Motions.

　　**SO ORDERED**, this 31st day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BENJAMIN W. CHEESBRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA